IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

FILED IN OPEN COURT
DATE 1/15/10
BY K. Botkin
DEPUTY CLERK
H'burg DIVISION, W.D. of VA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.: 5:09CR42 |
| v. | |
| JOSE ANTONIO CAMACHO | |

## STATEMENT OF FACTS

    On April 27, 2009, Jesus Mario Delao, while driving a pickup truck north on I-81 in Shenandoah County in the Western Judicial District of Virginia, was stopped for speeding by a Virginia State Police trooper. There was one passenger, Jose Antonio Camacho. When the trooper asked Delao where he was headed, the passenger, Camacho, who turned out to be the owner of the vehicle, responded on the driver's behalf. Trooper Aikens then gave the driver a speeding citation and proceeded to ask Camacho if he could search the vehicle. Camacho gave consent. Additionally, both Delao and Camacho gave consent for their persons to be searched.
    The search of the truck bed yielded two suitcases, one green and one black. In the black suitcase officers found a pair of shoes, in the soles of which was hidden a large amount of heroin. A large amount of heroin was also found hidden in the lining of both the suitcases. The heroin was being transported for delivery outside of Virginia. It was apparent to the troopers that the suitcase lining concealing the drugs was held in place by rivets that had been colored with a black marker. A black marker was found in the vehicle.
    Laboratory analysis determined that the total amount of heroin found was 5,455 grams.

    I have reviewed the above statement of facts with my attorney. I agree that had this matter proceeded to trial, the United States would have presented evidence of the above.

_1/15/10_
Date

_Jose A Camacho_
Defendant

_1/15/10_
Date

_[signature]_
Attorney for Defendant

1